# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Richard N. Hendricks,

Case No. Civil 01-783 DSD/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Keith G. Rasmussen, M.D.,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

1. Defendant's motion for summary judgment is granted.

2. Plaintiff's civil rights claim is dismissed with prejudice.

3. Plaintiff's state law claim is dismissed without prejudice.

DATE: July 27, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

9